Minnie I. Greene, Appellee, v. Arthur A. Greene, Appellant.

Gen. No. 9,504.

opinion filed May 28, 1946; released for publication June 24, 1946. Carl R. Miller, for appellant; J. William Record, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE HAYES. **Not to be published in full.**